
...

# DISTRICT COURT OF THE UNITED STATES
# SOUTH CAROLINA DISTRICT

Case: _____

48 ************************************************** 48

## Declaratory Judgment
from a
## National of the United States

48 ************************************************** 48

**We, the People**
Malik Abdul Bey *EX REL, FKA* JEFFROD Henry Jr.
Nonresident/ Non Domestic
First Class, U.S Delivery
3345 Camden Highway.
Bishopville, South Carolina State [29010]
**Petitioner**

Vs.

Adair Ford Boroughs
U. S. Attorney South Carolina
    1441 Main St. Suite 500
    '.Columbia, SC 29201

Vs.

JOESEPH BIDEN - UNITED STATES OF AMERICA
1600 Pensylvania Ave.
Washington, DC 20006

Vs.

HENRY McCMASTER - STATE OF SOUTH CAROLINA
1100 Gervais St.
Columbia, SC 29201
**Defendants**

COMES NOW; Posterity of the United States, National of the United States, Preamble Citizen of the United States Government who was declared "Mentally Incompetent"; where defendants proceeded to prosecute a mentally unstable, incompetent person - JEFFROD HENRY JR., unqualified, incapable to stand trial, violated who claims a Privilege pursuant to Article 4, Sec. 2, "the Printed Paper" (Constitution) and 8 USC 1503 (a) inter alia, et al. **SECTION 17-24-20.** Guilty but mentally ill; general requirements for verdict.

(A) A defendant is guilty but mentally ill if, at the time of the commission of the act constituting the offense, he had the capacity to distinguish right from wrong or to recognize his act as being wrong as defined in Section 17-24-10(A), but because of mental disease or defect he lacked sufficient capacity to conform his conduct to the requirements of the law.

## JURISDICTION AND VENUE

8USC 1503(a): "…any person who is within the United States…may institute an action under the provisions of section 2201 of title 28…filed in the district court of the United States for the district in which such person resides or claims a residence, and jurisdiction over such officials in such cases is conferred upon those courts."

28 USC 2201(a):"…any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought…"

## FACT OF CLAIM

A) Malik Abdul Bey was charged with violating: 18 USC 1349-2 - 1343-2; 18 USC 1827; 18 USC 1956(h). Malik Abdul Bey was sent to be mentally evaluated and after several months, was declared "incompetent" and unable to stand trial, pursuant to the medical professional expert.

B) Defendants knew or should have known that petitioner Malik Abdul Bey was not mentally incompetent because he was with in another jurisdiction - United States not United States of America. however, continued to prosecute petitioner without cause and made to serve under an artificial fictitious name "JEFFRROD HENREY" when petitioner clearly stated and produced evidence of being Malik Abdul Bey.

C) Malik Abdul Bey Executor for JEFFROD HENRY who has the "Public Record" that the "organization" has been organized in the STATE OF South Carolina and the "Office" of "registered agent" has been closed, because the registered agent has "resigned". The "State Agency" has been "terminated" and the "enterprise" – STATE AGENCY, is no longer a viable entity.

D) The "trust" established in the office of the Governor has no authorization over the non-"abandoned" property incorrectly associated with JEFFROD HENRY, by STATE OF South Carolina 'trust' agency inter alia, et al. Who was declared "incompetent" by STATE OF SOUTH CAROLINA and all the listed defendants by evidence of attached documentation. Proceeded to prosecute Malik Abdul Bey who by the State Agency et al was declared as being "incompetent to stand trial" by a mental health official. See attached disposes and says…..

E) Defendants were informed that petitioner was not suitable for prosecution. Defendants acted with deliberate disregard, knew or should have known, that petitioner was within the United States and Not United States of America with Privileges & Immunities - Article 4, sec. 2. For the medical laws of South Carolina with deliberate indifference, knew or should have known, to prosecute would be a violation of Article 4, sec. 2 Constitution of the United States inter alia.

## OFFICE OF EXECUTOR

1     Executor: Malik Abdul Bey in the Office of Executor for JEFFROD HENRY JR. now known as Malik-Abdul: Family of Bey, am an Original Indigenous Sentient Divine Soul from YHWH a Walking, Talking, Independent Soul LIVING in the land of Republican/Democracy or Democratic/Republic called "America" with righteous acknowledgment, Reclaiming in Glorious and Proper Capacity his Esteemed Honorable place as occupant of the EXECUTOR Office for [JEFFROD HENRY] Malik Abdul Bey, Estate. The Executor Office is requesting that all of your paperwork, filings, addresses and personal information be updated to reflect the legal and lawful place of Malik Abdul Bey as the rightful occupant of the Executor Office of the aforementioned Estate, as evidenced by South Carolina Certificate of Birth, file number [139-58-028610 SEE ATTACHED] which is a beneficial estate for [JEFFROD HENRY] owned by Malik Abdul Bey Estate [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]. Enclosed you will find the "abandoned" paperwork "alleging" that Florence P. Belser Commissioner CHILD SUPPORT SERVICE DIVISION *AKA* CSSD and Marcia Adams Director of DEPARTMENT OF ADMINISTRATION South Carolina. Donald Wayne Beattie PRESIDING JUDGE in the ADMINISTRATION OF UNIFIED COURT SYSTEMS-South Carolina, Amanda F. Whittle is the PROSECUTOR FOR SOUTH CAROLINA CHILD SUPPORT SERVICES, Alan Wilson is in the OFFICE OF SOUTH CAROLINA ATTORNEY GENERAL, Henry McMaster in the OFFICE OF SOUTH CAROLINA GOVERNOR, in the SOUTH CAROLINA CHILD SUPPORT SERVICES through the use of: STATE OF SOUTH CAROLINA - CSSD ACCOUNT # [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], BOOKING, CASE NUMBERS [3:14-808 (001 MGL)], ET AL, appear to be committing a trespass by fraudulently claiming authority from this Executor Office to administrate (act as trustee), for "Malik Abdul Bey", Estate. All offices attempting to act as Executor, of the aforementioned Estate are doing so in 'de son tort' and are fraudulently claiming administrative authority from the office of the aforementioned Estate by malfeasance and misfeasance. Furthermore, Malik Abdul Bey does hereby and herewith expressly covenant and agree that "Malik Abdul Bey", Estate shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for "Malik Abdul Bey", Estate. You are now hereby warranted by the Executor Office to declare by "Declaratory Judgment" further arrogations and presumptions sale of property due to Unlawful Theft of Property Ownership Violation of Public Law 73-10, Chapter 48, statute 48 Section 112-113 against the collateral signature. Any office or officer who persists in presuming such authority will forthwith return and transmit their specific written delegated authority to "Represent" the aforementioned Estate; also disclose who authorized you to trespass and administrate the "Malik Abdul Bey" Estate, together with,

when applicable, return to this OFFICE OF EXECUTOR, a certified copy of their Bar Card Registration, Foreign Agents Registration Statement, Oath for the office they hold, delegated authority and a detailed list of "all" other Bonds, Sureties, Indemnifications, Insurance and Court Registry Investment System (CRIS) CUSIP numbers and full-accounting, relating in any way to their personal and professional acts referenced above and all arrogated paperwork intrusion upon the "Malik Abdul Bey" Estate.

1   This District Court is herein authorized to forward such appropriate information to ADMINISTRATIVE DIRECTOR, Florence P. Belser Commissioner CHILD SUPPORT SERVICE DIVISION *AKA* CSSD, as the Fiduciary Agent for [JEFFROD HENRY] Executor "Malik Abdul Bey", Estate is now warranted to oversee the use of the aforementioned "abandoned" paperwork, within 3 calendar days of date of receipt of this warrant, as well as document copies from the Internal Revenue Service to be sent under a separate mailing to offset this presentment, by balanced book adjustment; with authorization to adjust, discharge or settle this account, along with any reasonable and lawful interest, penalties, and extra fees as needed for discharge or settlement, such presentments made to the "Malik Abdul Bey", Estate by the ADMINISTRATIVE DIRECTOR.

2   The presentments may be ledger against the aforementioned Account Number as indicated, as best suits the needs of the U.S. Department of Treasury. Failure on the part of ADMINISTRATIVE DIRECTOR, Florence P. Belser Commissioner CHILD SUPPORT SERVICE DIVISION *AKA* CSSD et al, as the alleged Fiduciary Agent for [JEFF HENRY] Malik Abdul Bey Estate, to perform the aforementioned constitutes tacit agreement by acquiescence, res Judicata and collateral estoppel.

### CREATION OF REMEDY

28 USC 2201(a):

"In a case of actual controversy within its jurisdiction… any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration…"

### Claim as a National of the United States

8 USC 1503 (a):

"…If any person who is within the United States claims a right or Privilege as a National of the United States and is denied such right or privilege by any department or independent agency, or official thereof, upon the ground that he is not a national of the United States, such person may institute an action under the provisions of section 2201 of title 28 against the head of such department or independent agency for a judgment declaring him to be a national of the United States,…"

Executor, Malik Abdul Bey Formerly Known as JEFFROD Henry Jr., claim that:

1. As a Hakhdar Citizen and Resident of the Preamble and Constitutional United States Government, in the Family of Nations; and Hakh, I am a Preamble [Pre Entitled, Prior Tempore Jure and Postliminum Resident Citizen of the United States Government ordained by the Constitution of the United States established by the United States in Congress Assembled, in the Family of Nations, and Qualified, Free Inhabitant and Common Law Citizen-Resident of the Constitutional Republican Form of State Government of the Free Republican *United States General National Government* declare, and proclaim that I am a "STRANGER" to any other citizenship that attempts to **(de) minuere** my Hakhdar place of birth or Principal United States nationality, including the "subject to" another's' jurisdiction, i.e. 13th 14th amendment Citizenship of the Administrative Federal and Municipal-State Agency governments In the United States of America.

2. I do hereby claim all power of Attorney and Jurisdiction of the Administrative United States Federal Corporation 28 USC 3002 (15), 50 or 48, Corporational Campaign Coterie States; and U.S. Citizenship "subject to" the jurisdiction thereof – 14 amendment lines 1-3 and 8 USC 1401 and 1452; which also includes but not limited to, all or any contract agreements and otherwise signed by former guardians or myself, implied or expressed, in law, bad faith, or fraud and designed to hide, conceal, deprive or craftily constructed to replace or assume my legitimate and Constitutional status as a native, "natural born National of the United States".

3. I claim all Privileges, Immunities, Power, Authority, Territory or other Property belonging to the "United States" Government a.k.a. "The Congress" and the Posterity, Nation and Representatives thereof, as it also pertains to all papers and other documents including, but not limited to, former birth certificates etc. constructed by local, State or Federal Governments or Quasi government agencies, due to the use of various elements of ignorance, deception or fraud by said governments to ignore, suppress or deprive me of my rank as the "Posterity of the United States" and my Hakh given rights, immunities, and Privileges and my Hakhdar Aboriginal National Inheritance, as part of Article 4, sec. 2 Constitution of the United States. "the Printed Paper" (Constitution).

### PARTY(IES) DENYING NATIONALITY:

STATE OF SOUTH CAROLINA; UNITED STATES OF AMERICA

## FACTS

1      In this Declaration the Social Security Number use was violated by said Defendants pursuant to *Unlawful use of a Social Security Number* 42 USC 408 (8) that was used to create account violating the "public Policy" of the established "Tax Event" to charge unlawfully petitioner without law. To act with deliberate disregard for the two Constitutions established: one for United States and the other for the United States of America as descried in the Preamble of the Constitution - "the Printed Paper" (Constitution) described below:

2 Constitutions

September 8th 1787 Representative McHenry of Maryland notes "the printed paper" (the Constitution) was referred to a committee to <u>revise and rearrange</u>. The revised draft was reported by the Committee of "Stile and arrangement" on September 12th 1787 and, according to the official Journal, printed copies thereof were ordered furnished to the members of the convention of the 13 colonies. The 3rd and final draft of the Constitution was ordered printed by the Convention on September 15th 1787. Also that day, McHenry wrote in his notes that 500 copies be struck-printed, September 17th 1787 he further noted "members to be provided with printed copies." These printed copies were six-page broadsides bearing the imprint of Dunlap &Claypoole, one which, authenticated by representative James Madison, has been used as "copy" for the present reprint. Then it was ordered to be engrossed. **The engrossed copy was signed by the Members in Convention on September 17th 1787.** The original and engrossed copy is identical except for the minor interlineations having been made in the engrossed copy to conform to the original printed text of 'the paper' – Constitution of the United States.

2 Declarations of Independence

The only names of the first printed copy of the Declaration of Independence, which is attached to the original manuscript Journals of Congress as a part of the official record of proceedings on July 4th 1776, are printed as follows:

> "Signed by Order and in Behalf of the Congress, John Hancock, President. Attest, Charles Thomson, Secretary."

The manuscript Journal of July 4th 1776 does not contain any other statement in regard to signing the Declaration at that time or the names of the Members present and agreeing to its adoption. The official Declaration sent to the state assemblies – 13, and General Washington for proclamation, by order of Congress – United States in Congress Assembled, not the United States of America in Congress for it was not set up yet. Where, likewise printed thereon an authentication only by Hancock and Thomson's' names were written. Their names are signed to the first-original publication of the Declaration, on July 6th, 1776. As printed in the evening paper the 'Pennsylvania Evening Post of Philadelphia which did not include any other signatures. July 19th 1776, Congress adopted the following resolution: "Resolved, That the Declaration passed on July 4th 1776, be fairly engrossed on parchment with the title and stile of 'The unanimous

Declaration of the thirteen united States of America' and that the same, **when engrossed, be signed by every member of Congress."**

The Journal of August 2nd 1776, says: "The declaration of independence being engrossed and compared at the table was signed by the members."

Summary

     The official Constitution was completed August 4th 1787 before September 8th 1787 where it was given to a committee to be <u>revised and rearranged</u> on that day. That new version completed September 12th 1787 was given to the members to be signed by the convention; the 2nd Constitution. [See pages 48, 49, *96th Congress, 1st session House Document No. 96-143*] 2 Constitutions, original for Malik Abdul Bey and the engrossed copy for Defendants; one Citizen having privileges and immunities **already** Petitioner and the other citizen **now entitled** to privileges and immunities STATE OF SOUTH CAROLINA, inter alia, et al, including but not limited to *Article 4 sec. 2 Constitution of the United States*.

     The original Declaration was completed August 4th 1776, entitled: "A Declaration" [see page 1 *96th Congress, 1st session House Document No. 96-143*]. The original was only signed by John Hancock President, Charles Thomson Secretary August 4th 1776; <u>no other members present</u> at the Convention signed it - A Declaration. The engrossed copy July 19th 1776, after July 4th 1776, was "Resolved" to be 'titled and stiled' 'The unanimous Declaration of the thirteen united States of America' that document was engrossed and that one was signed by members of the convention that were present; 2 Declarations, one for Malik Abdul Bey the other for WHOM IT MAY CONCERN.

## DECLARATORY JUDGMENT

I incorporate the above information and request as follows:

1   As a result of the unlawful, denial of me being a National of the United States, by defendants, where I am secured equal protection of the law with privileges, immunities as a Citizen of the United States, was abridged and I was deprived of private property, without due process of law, in violation of Constitution(s) of South Carolina, et al and Constitution of the United States Article 4, sec. 2, and Preamble.

2   The acts, omissions of defendants herein include accomplices all Governors of said States, for the "Tax Event" violations.

     A    Petitioner requests the court to declare the acts and actions committed by defendant(s) Henry McMaster, unconstitutional and contrary to Article 4 sec. 2 Constitution of United States, Preamble and 8USC 1503(a) purview 28 USC 2201.

B    Petitioner the party seeking such declaration, for such declaration to have the force and effect of a final judgment or decree and shall be reviewable as such.

C    Petitioner requests further, that the court declare any, and all action, against petitioner if any commenced invisibly, behind an alter ego, in the United States of America, in the Public Record-"Trust's" established in the Offices of Governors of said State, that have included unknowing to Petitioner, etc., be declared null and void nunc pro tunc, for lack of subject matter jurisdiction and personal jurisdiction of the petitioner.

## TAX EVENT

1. The 'STATE AGENCY' – 'BIRTH CERTIFICATE', that's filed with the State treasurer, indemnifies the STATES and servicing company against potential default in the event of default [which was defaulted at THE TIME Martha Henry ignorantly according to the Application for a "Birth" record called a "Certificate"] because the "application is the "Title" to the name Malik Abdul Bey; it was not filed as prescribed by law with the Register of Deeds Office of the Counties, which is fraud.

2. Birth Certificate at date of being born was not transferred into the REMIC because they never formed a real estate investment trust [Which all persons are listed as property and real estate which is the "estate" at death] by filing the 1066 REMIC tax return as required by 26 USC 856, 857, which, by law is required to be filed from the "New Deal" established by former President Roosevelt, where the Government was going to pay all the Citizens debts. But, since all States Governors have went into the Constitutional Office of Governor of each state and created a "Trust" – STATE AGENCY the "BIRTH CERTIFICATE" From the non responsive claim of birth after Martha Henry who was listed on such application as "Informant" where showing the alleged "abandoned property" JEFFROD HENRY was being reported; as an "informant" according to the OFFICE OF GOVERNOR for claim of "ownership" by said State(s). However, JEFFROD Henry was not lost to be found. Nor was of "custodial parentage" being "abandoned property".

3. Said State(s) did not file a "Statement" or "Transfer Statement" as prescribe to South Carolina, inter alia et al law to treat property as foreclosure property. They are in possession of "Contraband" having all this 'capital' that is taxable income which is a disposition of property that creates taxable income. Dispose of property is a default that they must report that on a RCN or RCS and RCP 'call schedule', reporting it as "income", but they did not.

4. Never was a loan receivables owed to the bank or servicer which is the 'birth certificate' that was established in the STATE OF state from birth in a Hospital. Said State(s) treated the 'birth certificate' as a draft where they endorsed it for payment, deposited it into a "transaction account" using a 'qualified restricted endorsement' which discharges the drawer & maker petitioner.

5. Said State(s) treated the 'birth certificate' as a "liability instrument" the so-called "STATE AGENCY" loan as a draft – asset, which was endorsed for payment to the seller/creator to pay for property/JEFFROD HENRY The Uniform Commercial Code makes no provisions to do this where EACH GOVERNOR et al actions violates "Public Policy" [UCC 3-413 and State UCC 3-413].

6. Said State(s) gave no value FOR USING THE CESTI QUE Trust of Petitioner, which means no consideration which means no money or anything to make a Constitutional contractual exchange that would satisfy Article 9 of the Uniform Commercial Code, which the plaintiffs are using to establish an alleged ownership.

7. State(s) never placed the "Birth Certificate" into the trust making a "Private Trust" which the Birth Certificate was never put into the Trust established in the Office of the Governor's of said States. Furthermore that trust they were supposed to put it in was "collapsed" on the initial 91st day of the Trust created in the Office of the Governor…the Cesti Qui Trust owned by the Citizens of United States exclusively, therefore, there was nothing put into the new trust and it collapsed for no 'corpus' being placed into it; Which means "No Ownership" or "Jurisdiction".

8. State(s) "endorsed" the birth certificate unlawfully and deposited into a "transaction account" with the State Treasure and got "paid" on it and are using it as a Bond to indemnify "STATE OF South Carolina, et al" in case of default, which has occurred at JEFFROD HENRY's birth illegally. That the Cesti Qui Trust was infiltrated by the said States and with another "Trust" created in the office of the Governor's; was not placed into the REMIC Trust, it never formed a real estate investment trust as required by 26 CFR to submit a 1066 REMIC tax return to get the tax exclusion of this "Tax event".

9. State(s) have not filed with the Register of Deeds Office in their respective Counties as required by law, that there has been a transfer of ownership of property in where the Birth Certificate was "Endorsed" and deposited into a transaction account from the State Treasurer and filed with the State Treasure as a "Bond" to indemnify the said States et al in case of default which has occurred which allows defendants to receive 'complete payment' from their endorsement

of the Birth Certificate account – unlawfully, and deposit into the transaction account of the State Treasurer being "paid" from the "Cesti Que Trust of Malik Abdul Bey, Citizen of the United States, National of the United States, and original issue account holder and turning around and sending a "bill" for payment of fees, charges, interest whenever Malik Abdul Bey applies for a mortgage, buys a car, attends College, buys appliances, furniture, opens a bank account, or just simply does any commercial business in America where such debt incurred from such "Tax Event" is to be paid by the Government because of the New Deal and Bankruptcy Chapter 11. This "Double Dipping" is a violation of the OCC Office of Comptroller of Currency consent decree(s) AA-EC-11-14; FEDERAL RESERVE BANK = 11-052-B-SC-1, 2, 3; FDIC = 11-204B; 11-46; OTS DC 11-039.

10. This makes State(s) liable to petitioner for their endorsement – recoupment & set-off for illegal use of the *Cesti Que Trust* account and as prescribed in the IRS Code, CFR of title 26. In that petitioner herein request a Declaratory Judgment stating petitioner is exempt from all action of the other "Trust" created in the Office of the Governor.

CONSLUSION

A    Issue Declaratory Judgment that petitioner is a National of the United States, with Privileges and Immunities to be exempt from the commercial authority of Public Policy inter alia, et al.

B    Amount of $300,000.00 Compensatory Damages; Amount of $300,000.00 Treble Damages and $300,000.00 for Actual Damages. Because defendants acted with indifference, complete disregard, that they knew or should have known, a mentally declared person is not capable for a trial.

B    Any other such relief the court seems just and proper.

This _20_ day of _march_ 2023.

_malik Abdul Bey_
Propositions, In Propria Persona